[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-10572

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

RASHEEM LUCKY SHOSHO SA ATIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:21-cr-00001-AW-GRJ-1

_____

2                      Opinion of the Court                      22-10572

_____

No. 22-10618

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

PIERRE RINALDI LALEAU,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:21-cr-00001-AW-GRJ-2

_____

Before JORDAN, LAGOA, and ED CARNES, Circuit Judges.

PER CURIAM:

Following their convictions for conspiracy to defraud, possession of 15 or more unauthorized access devices, and identity theft, Rasheem Atis and Pierre Laleau challenge the denial of their motions to suppress. Following oral argument and a review of the record, we affirm for the oral and written reasons provided by the

22-10572                 Opinion of the Court                 3

district court.  *See, e.g.,* D.E. 39 at 1–2; D.E. 42 at 1–4; D.E. 112 at 184–191.

 **AFFIRMED**.